**Opinion issued February 3, 2014.**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-14-00055-CV

———————————

## IN RE HUSQVARNA CONSUMER OUTDOOR PRODUCTS N.A., INC. AND CONN'S APPLICANCES, INC., Relators

---

### Original Proceeding for Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relators, Husqvarna Consumer Outdoor Products N.A., Inc. and Conn's Appliances, Inc. have filed a petition for writ of mandamus, contending that respondent, the Honorable Ben Hardin, abused his discretion in denying requested mental examinations of real parties in interest.[1] *See* TEX. R. CIV. P. 204.

---

[1]   The underlying case is *Jimmy Sanders and Charlotte Laws-Sanders, Individually and As Next Friend of Trenity Sanders v. Husqvarna, Inc., Husqvarna Outdoor*

We deny the petition for writ of mandamus. We further dismiss as moot relators' emergency motion to stay underlying case.

**PER CURIAM**

Panel consists of Justices Jennings, Higley, and Sharp.

_____

*Products, Inc.; Poulan-Texas, Co.; and Conn's Inc.*, cause no. 67207, in the 23rd District Court of Brazoria County.